Leroy D. Chavez
3349 S. 98th Lane
Tolleson, AZ 85353
(623) 846-2294
Plaintiff, PRO SE



FILED ___ LODGED
RECEIVED ___ COPY

JAN 2 6 2011

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leroy D. Chavez and Danny Morales, <br> Plaintiff, <br><br> VS. <br><br> Sysco Foods of Arizona <br> c/o Mike McGuckin <br><br> Defendant. | CIV '11 0170 PHX ROS <br><br><br> WRONGFUL DISCHARGE |

COMES NOW Leroy D. Chavez and Danny Morales, The Plaintiffs, who are filing a Civil Lawsuit in the Court of the United States, for the District of Arizona. THESE CHARGES OCCURED IN TOLLESON, ARIZONA 85353

The Plaintiffs, Leroy D. Chavez and Danny Morales are bringing charges against **SYSCO FOODS of AZ,** for the foregoing reasons:

1.) Labor Dispute 29USC101-115, 113(c) 1958
2.) Wrongful Discharge
3.) A breach of an explicit or implied contract of employment, employer-union collective bargaining agreement
4.) In breach of the covenant of good faith and fair dealings
5.) In violation according to the constructive discharge doctrine
6.) and under the guise of a false statement of fact.
7.) Discrimination of Physical Disabilities

(1)

The Plaintiffs have argued their cases with Sysco Foods of Arizona, along with the representation of Union Local 104, However, Sysco Foods of Arizona, Mike McGuckin Refused to comply to our requests to return back to work. We the Plaintiffs were not At fault, and should have been granted our jobs back. Our wrongful discharge from Sysco Foods are the actions of pretext.

**Wherefore,** For the foregoing reasons, The Plaintiffs respectfully request that this Court grant the following relief:

1.) The Defendant should pay for all court fees
2.) The Defendant should pay in the sum amount of 5,000,000.00 (five million dollars ) to the Plaintiffs for all damages
3.) Enter orders consistent with the request stated herein;
4.) Grant such others and further relief as this court may deem appropriate under the circumstance.

**Furthermore,** We respectfully request a Jury Trial

Dated this 25 day of January, 2011

LEROY D. CHAVEZ
3349 S. 98th Lane
TOLLESON, AZ 85353
(623) 846-2294
PLAINTIFF, PRO SE

DANNY MORALES
8674 W. CAROLE Lane
GLENDALE, AZ 85305
(623) 205-4902
PLAINTIFF, PRO SE

(2)

GILBERT C. DUARTE
Notary Public - Arizona
Maricopa County
My Commission Expires
APRIL 10, 2012

STATE OF ARIZONA
COUNTY OF MARICOPA
subscribed and sworn before me this 25 day of 01-2011
Gilbert C. Duarte    April-10-2012
Notary Public    My Commission Expire